IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UBISOFT ENTERTAINMENT, S.A. and UBISOFT, INC., | |
| Plaintiffs, | Case No.: 23-cv-14536 |
| v. | Judge: Elaine E. Bucklo |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | |
| Defendants. | |

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANTS IDENTIFIED IN AMENDED SCHEDULE A**

Plaintiffs UBISOFT ENTERTAINMENT, S.A. and UBISOFT, INC. hereby move this Honorable Court for entry of Default and Default Judgment against the following Defendants, as identified by defendant number and name in Amended Schedule A attached hereto as Exhibit A. Plaintiffs file herewith a Memorandum of Law in support. Plaintiffs' Motion for entry of Default and Default Judgment disposes of all remaining defendants except for Defendant Nos. 81 "YWMAN", 139 "Left-Right Store" and 141 "LindaLiu Store" as they have appeared and filed Motions to Dismiss.

Respectfully submitted,

Dated: January 22, 2024

By: s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
Hughes Socol Piers Resnick & Dym, Ltd.

Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com
wkalbac@hsplegal.com
rmcmurray@hsplegal.com
Attorneys for Plaintiffs
UBISOFT ENTERTAINMENT, S.A. and
UBISOFT, INC.

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion was electronically filed with the Clerk of the Court, served by publication and email to the Defendant identified in Schedule A and served on all counsel of record and interested parties via the CM/ECF system on January 22, 2024.

/s/ Michael A. Hierl
Michael A. Hierl