# Exhibit A

**Amended Schedule A**

| No. | Defendant Name / Alias |
|---|---|
| 1 | baotou-headshot |
| 2 | Changsha Gaolizhi Electronic Commerce Co., Ltd. |
| 3 | chengxiangquxiangchumaoyiyouxiangongsi |
| 4 | chenhao79 |
| 5 | Eppedtul Shop |
| 6 | KangXuJiang-shop |
| 7 | liuwenfuzhuangfushidian |
| 8 | LiXiaoYu-shop |
| 9 | Lwstust utst |
| 10 | NANPINGSHIYANPINGqucimengchengbaihuoshanghang |
| 11 | ROFODLL |
| 12 | shanxihongweimaodachongwuyongpinyouxiangongsi |
| 13 | shuntongfashangmao |
| 14 | taideng-lamp |
| 15 | wangzhenbo9 |
| 16 | xuzhi777 |
| 17 | yichangyuezixianriyongpinyouxiangongsi |
| 18 | yihangshanghang |
| 19 | 1314 And Clothing Store |
| 20 | 3D Jacket 888 Store |
| 21 | aboutcos Official Store |
| 22 | Aboutcos Store |
| 23 | BOYAartwork Store |
| 24 | Compass Store |
| 25 | Cosers Store |
| 26 | Dongman Store |
| 27 | Grumpy Piggy Store |
| 28 | Hexing Yigou Store |
| 29 | kalasi Store |
| 30 | Lyy Cos Store |
| 31 | NobadCoser Store |
| 32 | QUAN QUAN 3 D Clothing Store |
| 33 | Shop1100010007 Store |
| 34 | Shop1100386887 Store |
| 35 | Shop1102055501 Store |
| 36 | Shop1102208798 Store |
| 37 | Shop1102346170 Store |
| 38 | Shop1102424815 Store |
| 39 | Shop1102723593 Store |
| 40 | Tamia001 Store |
| 41 | WestCoast Cat Wholesale Store |
| 42 | YATING artwork Store |

| | |
|---|---|
| 43 | cozy_clothes Store |
| 44 | Hangzhou Chengrui Electronic Commerce Co., Ltd. |
| 45 | abel tang |
| 46 | Best Gift 1268 |
| 49 | Casa Luce |
| 50 | Dcc poster |
| 51 | FEGFEGTEG |
| 54 | Hardy Grantham |
| 55 | huangzhiliang1919 |
| 56 | Hueagury |
| 59 | KING-LONG |
| 60 | KOGOROUCOS |
| 61 | KongXiangXu-shop |
| 62 | lingyongkang |
| 63 | MAOMAO GONGYIPING |
| 64 | OIOLOYJM➤7-13 ↘↘ |
| 65 | oyuncheng |
| 66 | PuTianShiChengXiangQuGuoFeiBaiHuoMaoYiShangHang |
| 67 | putianshihanjiangqujingliangbaihuodian |
| 68 | Qianlima E-commerce |
| 69 | shanxiyijuyutongshangmaoyouxiangongsi |
| 70 | SyDecsig |
| 71 | Travel Poster |
| 72 | TUNING |
| 74 | wangdih |
| 75 | WDCXZWDQUJHM |
| 76 | XiaoShun |
| 77 | xiejinyong |
| 78 | Xinjingmj |
| 79 | xintaoliudianzishangwushop |
| 84 | zhangyukung |
| 85 | zhangzhen0674riyongpin |
| 86 | zhengyuriyongpinshanghang |
| 87 | zhengzhefuzhuangchang11 |
| 88 | zhushengnan1127riyongpin |
| 89 | ZZdkai |
| 90 | 家莲电子商务 |
| 91 | 山西桐后信息科技有限公司 |
| 92 | 裕德来百货 |
| 93 | 郑志百货零售超市 |
| 94 | 008Customized products Store |
| 95 | 238 floor mat Store |

| | |
|---|---|
| 96 | 288 Home Life Store |
| 97 | 3-98 MOVIE Store |
| 98 | Abandon Red Store |
| 99 | ABC COS Store |
| 100 | Ajian Store |
| 101 | Anime-Art Store |
| 102 | Anime-Canvas Drop Shipping Store |
| 103 | Aring-Fashion Store |
| 104 | Artistic Creation Store |
| 105 | Backpack 001 Store |
| 106 | bai du Store |
| 107 | BANDAI DRAGON Store |
| 108 | BANDAI Oulu Official Flagship Store Store |
| 109 | Bright Art Of Life Store |
| 110 | Brilliant Decorative Store |
| 111 | Canvas Dropshipping Store |
| 112 | Colorful Cloud ART Store |
| 113 | Colorful Gallery Store |
| 114 | Cotton T-shirt Of Good Quality PK666 Store |
| 115 | Dashan Figure Store |
| 116 | Decor Art Store |
| 117 | Dou Ni Decoration Store |
| 118 | DropShippingChoice Store |
| 119 | DT Trendy Figure Store |
| 120 | ECHO WITH YOU Store |
| 121 | EnEn Shop Store |
| 122 | Ezio Store |
| 123 | Fa Print Store |
| 124 | Fashion Boy Store |
| 125 | Fengting-joy Store |
| 126 | Friday Decoration Store |
| 127 | Gresso Store |
| 128 | Happyness Painting Store |
| 129 | HD ART Store |
| 130 | Hi Julyhouse Toy Store |
| 131 | Hi Office Store |
| 132 | HIbaseaballhat Store |
| 133 | KASSANDRA Store |
| 134 | KomoKe Official Store |
| 135 | Komoke-Flagship Store |
| 136 | Kpop-Classic Clothes Store |
| 137 | KRIO Store |
| 138 | L888 Store |
| 140 | LIDUS Hat Store |

| | |
|---|---|
| 142 | LINGLINGQI DEPARTMENT Store |
| 143 | Lorraineliving Store |
| 144 | LOUSIDREAM006 Store |
| 145 | Lucy Garment Factory Store |
| 146 | Mattel Hobby Store |
| 147 | Mclady Store |
| 148 | Meet-Disney Store |
| 149 | Midjourney Store |
| 150 | Minshang Department Store |
| 151 | moon cat Store |
| 152 | Mr yan Store |
| 153 | Mr. Zhang's Store |
| 154 | my world 110 Store |
| 155 | Nighty Store |
| 156 | oeny Dropshipping Store |
| 157 | Olly House Decoration Store |
| 158 | OneAndOne Store |
| 159 | outerpe Official Store |
| 160 | personality poster Store |
| 161 | Poetic Life Diamond Painting Factory Store |
| 162 | Promise-YN Store |
| 163 | Sai Bang Store |
| 164 | Sex Toys Surprise Store |
| 165 | Shan shan lai le Store |
| 166 | Shop1100006055 Store |
| 167 | Shop1100124006 Store |
| 168 | Shop1100170223 Store |
| 169 | Shop1100390669 Store |
| 170 | Shop1102061469 Store |
| 171 | Shop1102062567 Store |
| 172 | Shop1102090200 Store |
| 173 | Shop1102180517 Store |
| 174 | Shop1102245450 Store |
| 175 | Shop1102312665 Store |
| 176 | Shop1102339817 Store |
| 177 | Shop1102424599 Store |
| 178 | Shop1102521140 Store |
| 179 | Shop1102542029 Store |
| 180 | Shop1102663571 Store |
| 181 | Shop1102697474 Store |
| 182 | Shop1102771475 Store |
| 183 | Shop1102771543 Store |
| 184 | Shop1102790523 Store |
| 185 | Shop1102812201 Store |

| | |
|---|---|
| 186 | Shop1102822923 Store |
| 187 | Shop1102882149 Store |
| 188 | Shop1102902491 Store |
| 189 | Shop1102909877 Store |
| 190 | Shop1102925163 Store |
| 191 | Shop2921112 Store |
| 192 | Shop5047146 Store |
| 193 | Shop5058355 Store |
| 194 | Shop5175010 Store |
| 195 | Shop5589139 Store |
| 196 | Shop910331286 Store |
| 197 | Shop911226078 Store |
| 198 | Shop911770360 Store |
| 199 | shop954130 Store |
| 200 | Smil 21650045 Store |
| 201 | SMILE Toy Store Store |
| 202 | The Princess Store |
| 203 | The Pursuit Store |
| 204 | Treasures Toy Store |
| 205 | UUP Store |
| 206 | Waiting for 2024 Store |
| 207 | Wall Decor Life Store |
| 208 | Warm living art Store |
| 209 | Win-Win Decor Store |
| 210 | XS Global Store |
| 211 | YANWU Store |
| 212 | Yao De Fang Store |
| 213 | Yaya Sticker Store |
| 214 | yonghotsales45 Store |
| 215 | Zodhfwd Cosplay-wz Store |
| 216 | Zoyy-Fashion Store |
| 217 | bai02 Store |
| 218 | chinakelly_jewelry Store |
| 219 | cinda02 Store |
| 220 | cong00 Store |
| 221 | ffre66 Store |
| 222 | hexiang2 Store |
| 223 | honestseller888 Store |
| 224 | jin01 Store |
| 225 | jin02 Store |
| 226 | joseph_store Store |
| 227 | jxkangye Store |
| 228 | king9888 Store |
| 229 | kong00 Store |

| | |
|---|---|
| 230 | kua01 Store |
| 231 | kuo01 Store |
| 232 | lian03 Store |
| 233 | lizhang02 Store |
| 234 | mothervictory Store |
| 235 | msn10 Store |
| 236 | niao02 Store |
| 237 | oddboss Store |
| 238 | qiuti20 Store |
| 239 | qltrade_15 Store |
| 240 | sellerstore03 Store |
| 241 | Summerh Store |
| 242 | supremejacket Store |
| 243 | tai002 Store |
| 244 | us_mississippi Store |
| 245 | wdkdk99 Store |
| 246 | wfronn Store |
| 247 | woyoy Store |
| 248 | xing02 Store |
| 249 | yfdysdjs80 Store |
| 250 | yohomel Store |
| 251 | yyl0313 Store |
| 252 | Dongguan Mingyige Clothing Co., Ltd. |
| 253 | Kunshan Hengdian Metal Product Co., Ltd. |
| 254 | Shaoxing Baiying Electronic Commerce Co.,Ltd |
| 255 | Shenzhen Ai-Mich Science And Technology Limited |
| 256 | Shishi Xialaiwo Creative Trade Co., Ltd. |
| 257 | Xiamen Dongmeng lmport and Export Co., Ltd. |